**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BECKER, | No. 2:16-CV-0195-GEB-CMK-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| K. KESTERSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 20, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed July 20, 2016 are adopted in full; and

4 | 2. Plaintiff's motion for injunctive relief (Doc. 2) is denied.

Dated: September 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge